| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 7/25/22 |
| U.S. MAGISTRATE JUDGE | TIME: 1:30 pm |

CASE: **CV 17-4099 (SIL) Noboa v. County of Nassau et al**

TYPE OF CONFERENCE: STATUS

APPEARANCES:
    For Plaintiff: Mortimer Lawrence

    For Defendant: Andrew Fuchs

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Status conference held. Plaintiff's doctor's notes will be produced no later than August 15, 2022. No extensions. Defense counsel will have until the next status conference to designate a responsive expert as appropriate and schedule Plaintiff's doctor's deposition (and take the deposition is possible). Next status conference: October 12, 2022 at 11:30am.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

    10/12/22 at 11:30 am : Status conference

.
**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

        SO ORDERED

        /s/Steven I. Locke
        STEVEN I. LOCKE
        United States Magistrate Judge